AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Willie T. Murphy, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:11-cv-02663-CMC |
| Governor Nikki Haley; Atty General Alan Wilson; Prosecutor John P Meadows; Sheriff McCatskill; Lt. Marvin Brown; David Thomley, | ) ) ) | |
| *Defendants* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Wayne Vinson, shall take nothing of the defendants; Governor Nikki Haley, Atty General Alan Wilson, Prosecutor John P Meadows, and Sheriff McCatskill; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed without prejudice.

■ other: The plaintiff, Wayne Vinson, shall take nothing of the defendants; Lt. Marvin Brown and David Thomley; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Joseph R. McCrorey, United States Magistrate Judge, which dismissed this action without prejudice as to defendants  Governor Nikki Haley, Atty General Alan Wilson, Prosecutor John P Meadows, and Sheriff McCatskill.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which granted defendants Lt. Marvin Brown and David Thomley's motion to dismiss.

Date:   May 16, 2012                                              *Larry W. Propes, CLERK OF COURT*

                                                                                    s/A. Buckingham
                                                                        *Signature of Clerk or Deputy Clerk*